**UNITED STATES COURT OF INTERNATIONAL TRADE**

**NEIMENGGU FUFENG BIOTECHNOLOGIES CO., LTD., SHANDONG FUFENG FERMENTATION CO., LTD., XINJIANG FUFENG BIOTECHNOLOGIES CO., LTD., and FIRST BIOTECH INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

**Before: Claire R. Kelly, Judge**

**Court No. 26-03423**

**ORDER**

Upon consideration of the Consent Motion to Intervene as of Right filed by Meihua Group International Trading (Hong Kong) Ltd., Langfang Meihua Biotechnology Co., Ltd., Xinjiang Meihua Amino Acid Co., Ltd. and Jilin Meihua Amino Acid Co., Ltd. (collectively, "Meihua"), see ECF No. 24, and pursuant to U.S. Court of International Trade Rule 24(a), it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that Meihua Group International Trading (Hong Kong) Ltd., Langfang Meihua Biotechnology Co., Ltd., Xinjiang Meihua Amino Acid Co., Ltd. and Jilin Meihua Amino Acid Co., Ltd., shall be designated as Plaintiff-Intervenors in this action.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated: August 28, 2026
New York, New York